1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                 OAKLAND DIVISION
6
7  | UNITED STATES OF AMERICA,    | Case No.:  CR 25-000162 HSG
8  |          Plaintiff,          |
9  |             v.               | **ORDER REFERRING CASE TO THE PROBATION OFFICE FOR A PRE-PLEA PRESENTENCE INVESTIGATION REPORT**
10 | CHRISTOPHER DAVIS,           |
11 |          Defendant.          |

13     Based on the agreement of the parties and with the approval of the Probation Office, it is
14 hereby ordered that this case is referred to the Probation Office for a pre-plea presentence
15 investigation report.

17          IT IS SO ORDERED.

19  Dated:    10/22/2025

                                        _____
                                        THE HON. HAYWOOD S. GILLIAM, JR.
                                        United States District Judge

ORDER FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT
 DAVIS
                                        1